PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

JUN 0 5 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.          Stephanie Vinson          Docket No.          2:12CR06011-002

### Petition for Action on Conditions of Pretrial Release

COMES NOW SanJuanita Coronado, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Stephanie Vinson who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Yakima, WA, on the 22nd day of February, 2012 under the following conditions:

(15) Avoid all contact, direct or indirect, with co-defendants in this matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Stephanie Vinson is considered in violation of her pretrial supervision as she has had telephonic contact with Justin Wilkinson, a codefendant, between May 10, 2012 through May 22, 2012. The defendant and Mr. Wilkinson's telephone conversations have been recorded by the Benton County Jail.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/01/2012

by   s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Jam P. Hutton*
Signature of Judicial Officer

6/4/12
Date